IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Burton, Angela D

Printed: 10/29/08

Case Number: 07 B 11752
Judge: Squires, John H
Filed: 7/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 17, 2008
Confirmed: October 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,508.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,423.81 |
| Trustee Fee: |  | 84.19 |
| Other Funds: |  | 0.00 |
| Totals: | 1,508.00 | 1,508.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,334.00 | 1,423.81 |
| 2. | Marx Motors | Secured | 0.00 | 0.00 |
| 3. | Plains Commerce Bank | Unsecured | 17.24 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 90.30 | 0.00 |
| 5. | Americredit Financial Ser Inc | Unsecured | 1,474.06 | 0.00 |
| 6. | Midland Credit Management | Unsecured | 18.81 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 28.15 | 0.00 |
| 8. | Partners & Collections | Unsecured | 174.00 | 0.00 |
| 9. | Iowa Department Of Human Services | Unsecured | 532.70 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 14.08 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 27.30 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 4.19 | 0.00 |
| 13. | Genesis Health Ventures | Unsecured | 496.69 | 0.00 |
| 14. | Fairlane Credit L.L.C. | Unsecured | 956.96 | 0.00 |
| 15. | Mid American Energy | Unsecured | 102.63 | 0.00 |
| 16. | NCO Financial Services Inc | Unsecured | 38.91 | 0.00 |
| 17. | Asset Acceptance | Unsecured | 590.35 | 0.00 |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | 312.00 | 0.00 |
| 19. | Argent Healthcare Fin | Unsecured |  | No Claim Filed |
| 20. | Argent Healthcare Fin | Unsecured |  | No Claim Filed |
| 21. | AT&T Credit Management | Unsecured |  | No Claim Filed |
| 22. | Cbe Group | Unsecured |  | No Claim Filed |
| 23. | H & R Accounts | Unsecured |  | No Claim Filed |
| 24. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 25. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 26. | Credit Protection Association | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Burton, Angela D

Printed: 10/29/08

Case Number: 07 B 11752
Judge: Squires, John H
Filed: 7/2/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Luebke Baker & Associate | Unsecured | | No Claim Filed |
| 28. | Cbe Group | Unsecured | | No Claim Filed |
| 29. | H & R Accounts | Unsecured | | No Claim Filed |
| 30. | H & R Accounts | Unsecured | | No Claim Filed |
| 31. | I C Systems Inc | Unsecured | | No Claim Filed |
| 32. | H & R Accounts | Unsecured | | No Claim Filed |
| 33. | H & R Accounts | Unsecured | | No Claim Filed |
| 34. | H & R Accounts | Unsecured | | No Claim Filed |
| 35. | Quad Corporation | Unsecured | | No Claim Filed |
| 36. | H & R Accounts | Unsecured | | No Claim Filed |
| | | | $ 8,212.37 | $ 1,423.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 67.93 |
| 6.5% | 16.26 |
| | $ 84.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

